No. 2,489.—EDWARD JENIZEN, TRUSTEE IN BANKRUPTCY, APPELLANT, *v.* JOSEPH SIMS ET AL., RESPONDENTS.

*Appeal from District Court, Fergus County; E. K. Cheadle, Judge.*

On motion to dismiss appeal.

Decided December 6, 1908.

PER CURIAM.—It is hereby ordered that the appeal in this cause be, and the same is hereby, dismissed on motion of appellant.

*Mr. W. M. Blackford,* and *Messrs. Walsh & Nolan,* for Appellant.